**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22461-JBS |
| | § | |
| GARY KOHLMAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 03/26/2013, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/26/2013                    By:   /s/ David P. Leibowitz
                                                   (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22461-JBS |
| | § | |
| GARY KOHLMAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $7,000.00
*and approved disbursements of*      $20.56
*leaving a balance on hand of[1]:*      $6,979.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $6,979.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,450.00 | $0.00 | $1,450.00 |
| David P. Leibowitz, Trustee Expenses | $369.50 | $0.00 | $369.50 |
| Lakelaw, Attorney for Trustee Fees | $1,827.50 | $0.00 | $1,827.50 |
| Lakelaw, Attorney for Trustee Expenses | $11.88 | $0.00 | $11.88 |

Total to be paid for chapter 7 administrative expenses:      $3,658.88
Remaining balance:      $3,320.56

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Total to be paid to prior chapter administrative expenses: $0.00

Remaining balance: $3,320.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

Remaining balance: $3,320.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $90,825.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank | $731.00 | $0.00 | $26.73 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank | $4,400.00 | $0.00 | $160.86 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank | $542.30 | $0.00 | $19.83 |
| 4 | SunTrust Mortgage, Inc. | $54,265.19 | $0.00 | $1,983.92 |
| 5 | JAKUBS WIGODA, LLP | $30,726.94 | $0.00 | $1,123.37 |
| 6 | Capital One, N.A.(Best Buy Co., Inc.) | $101.93 | $0.00 | $3.73 |
| 7 | Capital One, N.A. | $58.12 | $0.00 | $2.12 |

Total to be paid to timely general unsecured claims: $3,320.56

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:   /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-22461-JBS
Gary Kohlman                                                    Chapter 7
            Debtor

**CERTIFICATE OF NOTICE**

District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: Feb 27, 2013
                             Form ID: pdf006          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2013.
db            Gary Kohlman,   14727 Central Park Ave,   Midlothian, IL  60445-3509
18987863     +AT&T Card,   PO Box 6284,   Sioux Falls, SD 57117-6284
19615087      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19594766     +Capital One, N.A.(Best Buy Co., Inc.),   Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
18987865      Charlene Kohlman,   1509 Hamlin,   Midlothian, IL 60445
18987866     +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
18987867     +Citi Bank,   PO Box 6004,   Sioux Falls, SD 57117-6004
18987868     +EBS Pediatrics,   16532 Oak Oark Ave,   Tinley Park, IL 60477-1918
19367004     +EBS Pediatrics,   1300 Iroquois,   Suite 205,   Naperville, IL 60563-1682
18987869      Harris N.A.,   PO Box 6201,   Carol Stream, IL 60197-6201
18987870     +Home Depot,   P.O. box 790393,   Saint Louis, MO 63179-0393
18987871     +Hyatt Medical,   3518 W 95th St,   Evergreen Park, IL 60805-2105
19547974     +JAKUBS WIGODA, LLP,   William S. Wigoda,   29 S. LaSalle Street,   Suite 620,
              Chicago, IL 60603-1539
18987872     +Jakubs Wigoda,   Attn: Linda Jakubs,   29 S. LaSalle St Ste 620,   Chicago, IL 60603-1539
18987876      Metrosouth Medical Center,   12936 Gregory St,   Blue Island, IL 60406
18987877     +Pulmonary Consultants SC,   12820 S Ridgeland Ave,   Palos Heights, IL 60463-2389
18987878     +Sandy Kohlman,   14257 So Pulaski,   Crestwood, IL 60445-2341
18987879     +Sears Gold Master Card,   PO Box 6286,   Sioux Falls, SD 57117-6286
19398332      SunTrust Mortgage, Inc.,   Bankruptcy Department RVW 3034,   PO Box 27767 Richmond, VA 23261
18987880     +Suntrust,   P.O. Box 26149,   Richmond, VA 23260-6149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18987875     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 28 2013 02:55:02     Kohl's,   P.O. Box 3120,
              Milwaukee, WI 53201-3120
19372567     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 28 2013 02:54:28
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                          TOTAL: 2


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18987873*    +Jakubs Wigoda,   Attn: Linda Jakubs,   29 S. LaSalle St Ste 620,   Chicago, IL 60603-1539
18987874*    +Jakubs Wigoda,   Attn: Linda Jakubs,   29 S. LaSalle St Ste 620,   Chicago, IL 60603-1539
18987864     ##Best Buy (HSBC),   Retail Services,   PO Box 15521,   Wilmington, DE 19850-5521
                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Mar 01, 2013**                    **Signature:** _____

```
District/off: 0752-1          User: dwilliams          Page 2 of 2          Date Rcvd: Feb 27, 2013
                              Form ID: pdf006          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2013 at the address(es) listed below:
          David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ   on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Ilene F Goldstein   on behalf of Debtor Gary  Kohlman ifgolds@aol.com,  il35@ecfcbis.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                               TOTAL: 4