**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22461-JBS |
| | § | |
| GARY KOHLMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $119,230.00 | Assets Exempt: | $115,721.16 |
| Total Distributions to Claimants: | $2,121.10 | Claims Discharged Without Payment: | $95,185.93 |
| Total Expenses of Administration: | $4,878.90 | | |

3) Total gross receipts of $7,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,933.92 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,878.90 | $4,878.90 | $4,878.90 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $98,129.97 | $90,825.48 | $90,825.48 | $2,121.10 |
| **Total Disbursements** | $101,063.89 | $95,704.38 | $95,704.38 | $7,000.00 |

4). This case was originally filed under chapter 7 on 06/01/2012. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/20/2013          By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| motorcycle 2004 Harley Bike needs some motor repairs Location: 14727 Central Park Ave, Midlothian IL 60445-3509 | 1129-000 | $7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.A. | 4110-000 | $2,933.92 | NA | $0.00 | $0.00 |
| | Jakubs Wigoda | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | Jakubs Wigoda | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,933.92** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,450.00 | $1,450.00 | $1,450.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $369.50 | $369.50 | $369.50 |
| Green Bank | 2600-000 | NA | $20.56 | $20.56 | $20.56 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,015.00 | $3,015.00 | $3,015.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $11.96 | $11.96 | $11.96 |
| Lakelaw, Attorney for Trustee | 3220-000 | NA | $11.88 | $11.88 | $11.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$4,878.90** | **$4,878.90** | **$4,878.90** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| | Sandy Kohlman | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-900 | $731.00 | $731.00 | $731.00 | $17.07 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-900 | $4,529.78 | $4,400.00 | $4,400.00 | $102.76 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-000 | NA | $542.30 | $542.30 | $12.66 |
| 4 | SunTrust Mortgage, Inc. | 7100-000 | $53,761.92 | $54,265.19 | $54,265.19 | $1,267.29 |
| 5 | JAKUBS WIGODA, LLP | 7100-000 | $32,523.79 | $30,726.94 | $30,726.94 | $717.58 |
| 6 | Capital One, N.A.(Best Buy Co., Inc.) | 7100-000 | $101.93 | $101.93 | $101.93 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 6; Capital One, N.A.(Best Buy Co., Inc.)) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.38 |
| 7 | Capital One, N.A. | 7100-900 | NA | $58.12 | $58.12 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 7; Capital One, N.A.) | 7100-901 | $0.00 | $0.00 | $0.00 | $1.36 |
| | AT&T Card | 7100-000 | $607.70 | NA | NA | $0.00 |
| | Charlene Kohlman | 7100-000 | $3,806.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $43.52 | NA | NA | $0.00 |
| | EBS Pediatrics | 7100-000 | $234.00 | NA | NA | $0.00 |
| | Home Depot | 7100-000 | $101.20 | NA | NA | $0.00 |
| | Hyatt Medical | 7100-000 | $858.15 | NA | NA | $0.00 |
| | Kohl's | 7100-000 | $144.45 | NA | NA | $0.00 |
| | Metrosouth | 7100-000 | $531.53 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Medical Center Pulmonary Consultants SC | 7100-000 | $155.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $98,129.97 | $90,825.48 | $90,825.48 | $2,121.10 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-22461-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOHLMAN, GARY | Date Filed (f) or Converted (c): | 06/01/2012 (f) |
| For the Period Ending: | 8/20/2013 | §341(a) Meeting Date: | 08/07/2012 |
| | | Claims Bar Date: | 11/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1. Location: 14727 Central Park Ave, Midlothian IL 60445-3509 | $118,000.00 | $16,714.29 | | $0.00 | FA |
| 2. Location: 14727 Central Park Ave, Midlothian IL 60445-3509 | $80.00 | $80.00 | | $0.00 | FA |
| 3. Location: 14727 Central Park Ave, Midlothian IL 60445-3509 Amount decreases as Debtors bills clear the bank such as mortgage, car payment utilities alimony etc | $900.00 | $900.00 | | $0.00 | FA |
| 4. Normal furniture for modest home Location: 14727 Central Park Ave, Midlothian IL 60445-3509 Specific list available and set forth in a response to a citation to discover assets. Said citation was filed during the 90 days prior to the filing of the bankrupcy | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 5. Normal and necessary wearing apparel Location: 14727 Central Park Ave, Midlothian IL 60445-3509 | $300.00 | $300.00 | | $0.00 | FA |
| 6. firearm Location: 14727 Central Park Ave, Midlothian IL 60445-3509 | $200.00 | $200.00 | | $0.00 | FA |
| 7. 3 term insurance policies Location: 14727 Central Park Ave, Midlothian IL 60445-3509 | $0.00 | $0.00 | | $0.00 | FA |
| 8. IBEW Pension Plan #5 | $93,321.16 | $0.00 | | $0.00 | FA |
| 9. Supposed to Receive Child Related expenses from ex wife of 182.50 a month but this is in arrears for many months | $0.00 | $0.00 | | $0.00 | FA |
| 10. 2007 Ford F-150 Approximately 90,000 miles Needs routine maintenance | $12,000.00 | $5,466.08 | | $0.00 | FA |
| 11. motorcycle 2004 Harley Bike needs some motor repairs Location: 14727 Central Park Ave, Midlothian IL 60445-3509 | $8,000.00 | $5,200.00 | | $7,000.00 | FA |
| 12. Computer printer fax older | $150.00 | $150.00 | | $0.00 | FA |

**FORM 1**

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-22461-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOHLMAN, GARY | Date Filed (f) or Converted (c): | 06/01/2012 (f) |
| For the Period Ending: | 8/20/2013 | §341(a) Meeting Date: | 08/07/2012 |
| | | Claims Bar Date: | 11/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 13  Tools of trade | $500.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

        $234,451.16        $30,010.37        $7,000.00        $0.00

**Major Activities affecting case closing:**
01/09/2013   Review Claims and Prepare TFR

**Initial Projected Date Of Final Report (TFR):**   03/26/2013   /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**   DAVID LEIBOWITZ

| **Case No.** | 12-22461-JBS | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | KOHLMAN, GARY | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9126 | | | **Checking Acct #:** | ******6101 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 6/1/2012 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/20/2013 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/26/2012 | (11) | Lake Erie Powersports Inc | first payment for the motorcycle (INCOMING WIRE) | 1129-000 | $3,500.00 | | $3,500.00 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.82 | $3,498.18 |
| 11/15/2012 | (11) | Jason Green | payment for bike | 1129-000 | $3,500.00 | | $6,998.18 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.19 | $6,989.99 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.55 | $6,979.44 |
| 04/22/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,450.00 | $5,529.44 |
| 04/22/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $369.50 | $5,159.94 |
| 04/22/2013 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1,827.50; Amount Allowed: 1,827.50; Distribution Dividend: 100.00; | 3110-000 | | $1,827.50 | $3,332.44 |
| 04/22/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 1,187.50; Amount Allowed: 1,187.50; Distribution Dividend: 100.00; | 3110-000 | | $1,187.50 | $2,144.94 |
| 04/22/2013 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 11.96; Amount Allowed: 11.96; Distribution Dividend: 100.00; | 3120-000 | | $11.96 | $2,132.98 |
| 04/22/2013 | 3006 | Lakelaw | Claim #: ; Amount Claimed: 11.88; Amount Allowed: 11.88; Distribution Dividend: 100.00; | 3220-000 | | $11.88 | $2,121.10 |
| 04/22/2013 | 3007 | PYOD, LLC its successors and assigns as assignee of | Claim #: 3; Amount Claimed: 542.30; Amount Allowed: 542.30; Distribution Dividend: 2.34; | 7100-000 | | $12.66 | $2,108.44 |
| 04/22/2013 | 3008 | SunTrust Mortgage, Inc. | Claim #: 4; Amount Claimed: 54,265.19; Amount Allowed: 54,265.19; Distribution Dividend: 2.34; | 7100-000 | | $1,267.29 | $841.15 |
| 04/22/2013 | 3009 | JAKUBS WIGODA, LLP | Claim #: 5; Amount Claimed: 30,726.94; Amount Allowed: 30,726.94; Distribution Dividend: 2.34; | 7100-000 | | $717.58 | $123.57 |
| 04/22/2013 | 3010 | Clerk, US Bankruptcy Court | Small Dividends | * | | $3.74 | $119.83 |
| | | | Claim Amount          $(2.38) | 7100-001 | | | $119.83 |
| | | | Claim Amount          $(1.36) | 7100-901 | | | $119.83 |
| 04/22/2013 | 3011 | PYOD, LLC its successors and assigns as assignee of | Claim #: 1; Amount Claimed: 731.00; Amount Allowed: 731.00; Distribution Dividend: 2.34; | 7100-900 | | $17.07 | $102.76 |
| 04/22/2013 | 3012 | PYOD, LLC its successors and assigns as assignee of | Claim #: 2; Amount Claimed: 4,400.00; Amount Allowed: 4,400.00; Distribution Dividend: 2.34; | 7100-900 | | $102.76 | $0.00 |

| | | | | **SUBTOTALS** | $7,000.00 | $7,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-22461-JBS | |
| **Case Name:** | KOHLMAN, GARY | |
| **Primary Taxpayer ID #:** | ******9126 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/1/2012 | |
| **For Period Ending:** | 8/20/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $7,000.00 | $7,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,000.00 | $7,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $7,000.00 | $7,000.00 | |

**For the period of  6/1/2012 to 8/20/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $7,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 10/17/2012 to 8/20/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $7,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-22461-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | KOHLMAN, GARY | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******9126 | **Checking Acct #:** ******6101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 6/1/2012 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/20/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,000.00 | $7,000.00 | $0.00 |

| For the period of 6/1/2012 to 8/20/2013 | | For the entire history of the case between 06/01/2012 to 8/20/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,000.00 | Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 | Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,000.00 | Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 | Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ